IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RANDY DEWAYNE PITTMAN,

    Plaintiff,

v.

SEAN JOHN COMBS, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:25-cv-02813-SCJ

## ORDER

Plaintiff seeks to file a complaint without prepayment of fees and costs or security pursuant to 28 U.S.C. § 1915(a). After consideration of Plaintiff's affidavit of indigency, the application to proceed *in forma pauperis* is **GRANTED**. Plaintiff may proceed with this action without prepayment of docket costs or United States Marshals Service fees. The Clerk is **DIRECTED** to submit this action to the presiding District Judge for a frivolity determination pursuant to 28 U.S.C. § 1915(e)(2)(B) and to terminate the referral to the undersigned Magistrate Judge.

IT IS SO **ORDERED** on this 23rd day of May 2025.

*/s/ R. Cannon*
REGINA D. CANNON
United States Magistrate Judge